United States District Court
Southern District of Texas
**ENTERED**
January 07, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY MUHARIB *PLAINTIFF* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-CV-01825 |
| FAY SERVICING, LLC AND METROPOLITAN LIFE INSURANCE CO. *DEFENDANTS* | § § § § | |

### ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court GRANTS the joint stipulation and dismisses the case with prejudice.

Signed on January 7, 2020.

_____
U.S. DISTRICT JUDGE

Approved & Entry Requested:
Shackelford & Associates, L.L.C.

Ray L. Shackelford
SBN: 18071500
1406 Southmore Blvd.
Houston, Texas 77004
(713) 520-8484-Office
(713) 520-8192 - Facsimile
rshackclic@yahoo.com
Attorney for Plaintiff

Hirsch & Westheimer, P.C.

Michael F. Hord, Jr.
SBN: 00784294
Federal I.D. No. 16035
1415 Louisiana, 36th Fl.
Houston, Texas 77002
(713) 220-9182-Office
(713) 223-9319 - Facsimile
mhord@hirschwest.com
Attorney for Defendants